UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROBERTO MORALES GUITIERREZ,

    Petitioner,

vs.

MARION E. SPEARMAN,

    Respondent.

No. C 14-0861 NJV (PR)

**ORDER DISMISSING CASE AND DENYING A CERTIFICATE OF APPEALABILITY**

    Petitioner, a California prisoner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court ordered petitioner to show cause why this case should not be dismissed as successive. Petitioner has filed a response.

    Petitioner was sentenced on December 19, 1997. Court records indicate that petitioner filed a previous petition regarding the same conviction, *Gutierrez v. Galza*, 01-20126 JF, that was denied as untimely on April 11, 2002. The Ninth Circuit denied an appeal on February 26, 2003.

    "A claim presented in a second or successive habeas corpus application under section 2254 that was not presented in a prior application shall be dismissed...." 28 U.S.C. § 2244(b)(2). This is the case unless,

> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or
>
> (B) (i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and
>
> (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

28 U.S.C. § 2244(b)(2).

However, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). As petitioner has not obtained permission from the Ninth Circuit, this case is dismissed. If petitioner receives permission from the Ninth Circuit he may re-file this action.

## CONCLUSION

The petition is **DISMISSED** as successive.

Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**.  *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA).  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 17, 2014.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\HC.14\Gutierrez0861.dis.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROBERTO MORALES GUITIERREZ

      Petitioner,

v.

MARION E. SPEARMAN,

      Respondent.
                                 /

No.1:14-CV- 0861 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 17, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Roberto Morales Guitierrez
H-84999
CTF North State Prison
WB223-L
PO Box 705
Soledad, CA 93960

                        /s/ *Linn Van Meter*
                          Linn Van Meter
                     Administrative Law Clerk to the
                      Honorable Nandor J. Vadas